IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Peterick Fuller, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:25-cv-01242-E-BT |
| MSR Asset Vehicle LLC et al, | § § § | |
| *Defendants*. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 17, 2026 (ECF No. 34). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants MSR Asset Vehicle LLC and PHH Mortgage Services' Motion to Dismiss (ECF No. 16) is **GRANTED** in part and Plaintiff's claim under RESPA and Regulation X is **DISMISSED WITH PREJUDICE.** The Court declines to exercise supplemental jurisdiction over any pendant state-law claims against Defendants MSR, PHH, and

PNC, and those claims are therefore **DISMISSED** without prejudice. The Clerk of Court is hereby directed to close the case.

      **SO ORDERED.**

20th day of March, 2026.

                                     _____

                                     ADA BROWN
                                     UNITED STATES DISTRICT JUDGE